Name of Applicant:
Hollis L. Salzman
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: 212-907-0700
Facsimile: 212-818-0477

Case 8:11-cv-00436-AG -JC   Document 3-1   Filed 03/21/11   Page 1 of 2   Page ID #:50

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Ace Marine Rigging & Supply Inc | CASE NUMBER |
|---|---|
| Plaintiff(s) | SACV11-436AG(JCx) |
| v. | |
| Virginia Harbor Services Inc et al | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

NOTICE: Effective July 26, 2010, the fee for *Pro Hac Vice* Appearance is $275.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Hollis L. Salzman _____, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant: Ace Marine Rigging & Supply Inc _____ by whom I have been retained.

My business information is:
LABATON SUCHAROW LLP
_____
*Firm Name*
140 Broadway
_____
*Street Address*
New York, NY 10005              hsalzman@labaton.com
*City, State, Zip*              *E-Mail Address*
212-907-0700                    212-818-0477
*Telephone Number*              *Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| Southern District of New York | 06/18/96 |
| Eastern District of New York | 07/11/96 |
| District of New Jersey | 12/20/95 |
| Southern District of Florida | 02/23/93 |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| 2:10-cv-01084-JFW-AGR | Benchmark Export Services et al v. | 02/12/10 | Granted |
| 2:09-cv-07985-GW-PJW | Craig Kennedy v. National Associa | 11/20/09 | Granted |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate Lionel Zevi Glancy as local counsel, whose business information is as follows:

Glancy Binkow and Goldberg LLP
*Firm Name*

1801 Avenue of the Stars Suite 311
*Street Address*

Los Angeles, CA 90067                lglancy@glancylaw.com
*City, State, Zip*                        *E-Mail Address*

310-201-9150                            310-201-9160
*Telephone Number*                *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated   3-28-11

Hollis L. Salzman
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated   3/30/11

Lionel Zevi Glancy
*Designee's Name (please print)*

*Designee's Signature*

134180
*Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On March 30, 2011, I caused to be served the following documents:

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

By posting these documents to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the following parties:

**See Attached Service List.**

And by Electronic Mail & US mail to all known non-ECF registered parties.

**See Attached Service List.**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 30, 2011, at Los Angeles, California.

*s/ Lionel Z. Glancy*
Lionel Z. Glancy

## Mailing Information for a Case 8:11-cv-00436-AG -JC

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Peter A Binkow**
  pbinkow@glancylaw.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Michael Marc Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,asohrn@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com,lglancy@glancylaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

*Ace Marine Rigging and Supply Inc. v. Virginia Harbor Services Inc., et al.*
**Case No. 8:11-cv-00436-AG -JC**

## SERVICE LIST

| **Defendants** | |
|---|---|
| Dean Hansell<br>**Dewey & Leboeuf LLP**<br>333 South Grand Avenue, Suite 2600<br>Los Angeles, California 90071<br>Telephone: (213) 621-6031<br>Facsimile: (213) 621-6100<br>Email: dhansell@dl.com<br><br>*Counsel for Defendants Virginia Harbor Services, Inc.* | Roxann Henry<br>**Dewey & Leboeuf LLP**<br>1101 New York Avenue, NW<br>Washington, DC 20005<br>Telephone: (213) 621-6031<br>Facsimile: (213) 621-6100<br>Email: rhenry@dl.com<br><br>*Counsel for Defendants Virginia Harbor Services, Inc.* |
| Sally Ann Hostetler<br>**Odin Feldman Pittleman PC**<br>9302 Lee Highway, Suite 1100<br>Fairfax, VA 22031-1214<br>Telephone: (703) 218-2100<br>Facsimile: (703) 218-2160<br>E-mail: Sally.Hostetler@ofplaw.com<br><br>Kevin E. Gaut<br>**Mitchell Silberberg & Knupp LLP**<br>11377 W. Olympic Boulevard<br>Los Angeles, CA 90064<br>Telephone: (310) 312-3179<br>Facsimile: (310) 231-8379<br>E-mail: keg@msk.com<br><br>*Counsel for Defendants Frank March, SII, Inc. and SHI, Inc.* | Bety Javidzad<br>**Hogan Lovells US LLP**<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90067<br>Telephone: (310) 785-4624<br>Facsimile: (310) 785-4601<br>E-mail: bety.javidzad@hoganlovells.com<br><br>William L. Monts, III<br>**Hogan Lovells US LLP**<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>Telephone: (202) 637-6440<br>Facsimile: (202) 637-5910<br>E-mail: william.monts@hoganlovells.com<br><br>*Counsel for Defendants Maritime International, Inc. and John R. Deats II* |
| Larry C. Russ<br>Nathan D. Meyer<br>**Russ August & Kabat**<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone: (310) 826-7474<br>Facsimile: (310) 826-6991<br>Email: lruss@raklaw.com<br>E-mail: nmeyer@raklaw.com<br><br>*Counsel for Defendants Marine Fenders International, Inc., Gerald Thermos, Waterman Supply Company, Inc. and Seymour Waterman* | Jennifer S. Elkayam<br>**Blecher & Collins**<br>515 South Figueroa Street<br>Suite 1750<br>Los Angeles, CA 90071<br>Telephone: (213) 622-4222<br>Facsimile: (213) 622-1656<br>Email: jelkayam@blechercollins.com<br><br>*Counsel for Defendant Urethane Products Corporation* |

1

| | |
|---|---|
| James R. Wade<br>**Haynes & Boone**<br>1615 L Street, NW<br>Suite 800<br>Washington, DC 20036-5610<br>Telephone: (202) 654-4543<br>Facsimile: (202) 654-4273<br>E-mail: jim.wade@haynesboone.com<br><br>Inchan Andrew Kwon<br>**Haynes and Boone LLP**<br>2033 Gateway Place Suite 400<br>San Jose, CA 95110<br>Telephone: (408) 393-9250<br>Facsimile: (408) 392-9262<br>Email: inchan.kwon@haynesboone.com<br><br>*Counsel for Defendant Donald L. Murray* | Phillip C. Zane<br>James C. Sandberg, II<br>**Baker, Donelson, Bearman, Caldwell & Berkowitz, PC**<br>920 Massachusetts Avenue, NW, Suite 900<br>Washington, DC   20001<br>Telephone: (202) 508-3490<br>Facsimile: (202) 220-2290<br>E-mail:  pzane@bakerdonelson.com<br>E-mail: jcsandberg@bakerdonelson.com<br><br>*Counsel for Defendant Robert B. Taylor* |
| Fentek Marine Systems GmbH<br>Langenstucken 36a<br>Hamburg D-22393, Germany | |

| | |
|---|---|
| **Plaintiffs** | |
| Charles E. Tompkins<br>Todd S. Heyman<br>**Shapiro Haber & Urmy LLP**<br>53 State Street<br>Boston, MA 02109<br>Telephone: (617) 439-3939<br>Facsimile: (617) 439-0134<br>E-mail: ctompkins@shulaw.com<br>E-mail: theyman@shulaw.com<br><br>*Vice-Chair of Executive Committee for Plaintiffs* | J. Burton LeBlanc, IV<br>Bruce W. Steckler<br>Melissa K. Hutts<br>Mazin A. Sbaiti<br>**Baron & Budd, P.C.**<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX  75219<br>Telephone: (214) 521-3605<br>Facsimile: (214) 520-1181<br>E-mail: bleblanc@baronbudd.com<br>E-mail: bsteckler@baronbudd.com<br>E-mail: mhutts@baronbudd.com<br>E-mail: msbaiti@baronbudd.com<br><br>*Counsel for Plaintiffs Board of Trustees of the Galveston Wharves, Board of Commissioners of the Port of New Orleans and OSG Lightering LLC* |

2

| | |
|---|---|
| Gregory P. Hansel<br>Randall B. Weill<br>**Preti, Flaherty, Beliveau, & Pachios, LLP**<br>One City Center<br>P. O. Box 9546<br>Portland, ME 04112-9546<br>Telephone: (207) 791-3000<br>Facsimile: (207) 791-3111<br>Email: ghansel@preti.com<br>Email: rweill@preti.com<br><br>M. Stephen Dampier<br>**Law Office of M. Stephen Dampier, P.C.**<br>55 North Section Street<br>P.O. Box 161<br>Fairhope, AL 36533<br>Telephone: (251) 929-0900<br>Facsimile: (251) 929-0800<br>Email: stevedampier@dampierlaw.com<br><br>*Counsel for Plaintiffs* | Brian Phillip Murray<br>Lee Albert<br>**Murray Frank & Sailer LLP**<br>275 Madison Avenue Suite 801<br>New York, NY 10016-1101<br>Telephone: (212) 682-1818<br>Facsimile: (212) 682-1892<br>Email: bmurray@murrayfrank.com<br>Email: lalbert@murrayfrank.com<br><br>Eugene A Spector<br>Jeffrey L Spector<br>William G Caldes<br>**Spector Roseman Kodroff & Willis PC**<br>1818 Market Street Suite 2500<br>Philadelphia, PA 19103<br>Telephone: (215) 496-0300<br>Facsimile: (215) 496-6611<br>Email: espector@srkw-law.com<br>Email: jspector@srkw-law.com<br>Email: Bcaldes@srkw-law.com<br><br>*Counsel for Plaintiffs Ace Marine Rigging & Supply, Inc.* |