1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT – SOUTHERN DIVISION

| | |
|---|---|
| ACE MARINE RIGGING & SUPPLY, INC., <br><br> Plaintiff <br> v. <br><br> VIRGINIA HARBOR SERVICES, INC. et al., <br><br> Defendants. | No. SACV11-00436-GW(FFMx) <br><br> **ORDER STAYING FURTHER PROCEEDINGS BETWEEN THE PARTIES** <br><br> Hon. George H. Wu <br><br> Courtroom: 10 |

[PROPOSED] ORDER STAYING PROCEEDINGS BETWEEN THE PARTIES

# ORDER

Having read and considered the Stipulation for Order Staying Further Proceedings Between Parties between defendants Virginia Harbor Services, Inc., Fentek Marine Systems GmbH, Robert B. Taylor and Donald Murray (the "Settling Defendants") and plaintiff class representative Ace Marine Rigging & Supply, Inc., individually and on behalf of the Class ("Plaintiff") (together with Settling Defendants, the "Parties"), and finding good cause, the Court orders as follows:

Pursuant to the stipulation of the Parties, IT IS HEREBY ORDERED that all further actions and proceedings in the above-captioned action (and in the related consolidated action captioned *In re Marine Products Antitrust Litigation,* No. CV10-2319-GW (FFMx) with respect to Plaintiff's Foam-Filled Fenders and Buoys claims and the related action captioned *Ace Marine Rigging & Supply, Inc. v. Virginia Harbor Services, Inc.,* et al., No. CV10-01533-GW (FFMX) between Plaintiff and Settling Defendants --including but not limited to Settling Defendants' response to the Complaint-- shall be temporarily stayed until the Court's final approval or denial of the Parties' settlement agreement.

**IT IS SO ORDERED.**

Dated: April 19, 2011          BY: _____
                                     Hon. George H. Wu
                                     United States District Judge

LA1 264495