Michael Goldberg (#188669)
mmgoldberg@glancylaw.com
Lionel Z. Glancy (#134180)
lglancy@glancylaw.com
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Gregory S. Asciolla (pro hac vice)
gasciolla@labaton.com
Hollis L. Salzman (pro hac vice)
hsalzman@labaton.com
William V. Reiss (pro hac vice)
wreiss@labaton.com
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACE MARINE RIGGING & SUPPLY, INC., <br><br> Plaintiff, <br> v. <br> VIRGINIA HARBOR SERVICES, INC., ET AL., <br><br> Defendants. | No. SACV11-00436-GW (FFMx) <br><br> **NOTICE OF PLAINTIFF'S UNOPPOSED MOTION AND MOTION TO EXCEED THE PAGE LIMITATION** <br><br> Date: August 25, 2011 <br> Time: 8:30 A.M. <br> Judge: The Honorable George Wu <br> Ctrm: 10 |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Thursday, August 25, 2011 at 8:30 a.m., or as soon thereafter as counsel may be heard, before the Honorable George H Wu, at the United States District Court for the Central District of California, 312 North Spring Street, Courtroom 10, Los Angeles, California, Plaintiff Ace Marine Rigging & Supply, Inc. will move the Court, pursuant to Local Rule 11-6, to grant leave to exceed the 25-page limitation in Plaintiff's Motion for Preliminary Approval of Proposed Settlement Agreements With: (1) Virginia Harbor Services, Inc., Fentek Marine Systems GmbH, Robert B. Taylor and Donald Murray; (2) Marine Fenders International and Gerald Thermos; (3) Waterman Supply Co., Inc. and Seymour Waterman; and (4) Maritime International, Inc. and John Deats by ten pages.

This Motion is based upon this Notice of Unopposed Motion and Motion, the supporting Memorandum of Points and Authorities, pleadings and papers filed herein, and unless this Court deems oral argument and hearing unnecessary, oral argument of counsel and any matter that may be properly submitted at the hearing.

Dated: July 26, 2011

GLANCY BINKOW & GOLDBERG LLP

By: *s/ Michael Goldberg*
Michael Goldberg (#188669)
mmgoldberg@glancylaw.com
Lionel Z. Glancy (#134180)
lglancy@glancylaw.com
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

1
2   Gregory S. Asciolla
    gasciolla@labaton.com
3   Hollis L. Salzman
    hsalzman@labaton.com
4
    William V. Reiss
5   wreiss@labaton.com
    LABATON SUCHAROW LLP
6   140 Broadway
    New York, NY  10005
7   Telephone: (212) 907-0700
    Facsimile: (212) 818-0477
8
9   *Interim Class Counsel,*
    *Chair of the Executive Committee and*
10  *Counsel for Ace Marine Rigging & Supply,*
    *Inc.*
11
12  Lee Albert
    lalbert@murrayfrank.com
13  Benjamin D. Bianco
    bbianco@murrayfrank.com
14  MURRAY, FRANK & SAILER LLP
    275 Madison Avenue
15  New York, New York 10016
16
    *Counsel for Ace Marine Rigging & Supply,*
17  *Inc., Executive Committee Member*
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On July 26, 2011, I caused to be served the following document:

**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION AND MOTION TO EXCEED THE PAGE LIMITATION**

By posting these document to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the following parties:

**See Attached Service List.**

And by US mail to all known non-ECF registered parties.

**See Attached Service List.**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 26, 2011, at Los Angeles, California.

*s/ Michael Goldberg*
Michael Goldberg

## Mailing Information for a Case 8:11-cv-00436-GW -FFM

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Gregory S Asciolla**
  gasciolla@labaton.com

- **Peter A Binkow**
  pbinkow@glancylaw.com

- **Maxwell M Blecher**
  mblecher@blechercollins.com

- **Jennifer Sabrina Elkayam**
  jelkayam@blechercollins.com,mblecher@blechercollins.com

- **Kevin Elliot Gaut**
  keg@msk.com,jda@msk.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Michael Marc Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,asohrn@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com,lglancy@glancylaw.com

- **Gregory P Hansel**
  ghansel@preti.com

- **Dean Hansell**
  dhansell@dl.com,linda.chow-fortune@dl.com,eserrano@dl.com,msanchez@dl.com,rhenry@dl.com,courtalert@dl.com

- **Bety Javidzad**
  bety.javidzad@hoganlovells.com,LA-Docketing@hoganlovells.com

- **Nathan Meyer**
  nmeyer@raklaw.com,ksanderlin@raklaw.com

- **William V Reiss**
  wreiss@labaton.com,electroniccasefiling@labaton.com

- **Larry C Russ**
  lruss@raklaw.com,tvogt@raklaw.com,lcdiaz@raklaw.com

- **Hollis L Salzman**
  hsalzman@labaton.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

*Ace Marine Rigging and Supply Inc. v. Virginia Harbor Services Inc., et al.*
**Case No. 8:11-cv-00436-GW -FFM**

**SERVICE LIST**

| **Defendants** | |
|---|---|
| Phillip C. Zane<br>James C. Sandberg, II<br>**Baker, Donelson, Bearman, Caldwell & Berkowitz, PC**<br>920 Massachusetts Avenue, NW, Suite 900<br>Washington, DC  20001<br>Telephone: (202) 508-3490<br>Facsimile: (202) 220-2290<br>E-mail:  pzane@bakerdonelson.com<br>E-mail: jcsandberg@bakerdonelson.com<br><br>*Counsel for Defendant Robert B. Taylor* | Roxann Henry<br>**Dewey & Leboeuf LLP**<br>1101 New York Avenue, NW<br>Washington, DC 20005<br>Telephone: (213) 621-6031<br>Facsimile: (213) 621-6100<br>Email: rhenry@dl.com<br><br>*Counsel for Defendants Virginia Harbor Services, Inc. & Fentek Marine Systems GmbH* |
| Sally Ann Hostetler<br>**Odin Feldman Pittleman PC**<br>9302 Lee Highway, Suite 1100<br>Fairfax, VA 22031-1214<br>Telephone: (703) 218-2100<br>Facsimile: (703) 218-2160<br>E-mail: Sally.Hostetler@ofplaw.com<br><br>*Counsel for Defendants Frank March, SII, Inc. and SHI, Inc.* | William L. Monts, III<br>**Hogan Lovells US LLP**<br>555 Thirteenth Street, NW<br>Washington, DC  20004<br>Telephone: (202) 637-6440<br>Facsimile: (202) 637-5910<br>E-mail: william.monts@hoganlovells.com<br><br>*Counsel for  Defendants Maritime International, Inc. and John R. Deats II* |
| James R. Wade<br>**Haynes & Boone**<br>1615 L Street, NW<br>Suite 800<br>Washington, DC 20036-5610<br>Telephone: (202) 654-4543<br>Facsimile: (202) 654-4273<br>E-mail: jim.wade@haynesboone.com<br><br>Inchan Andrew Kwon<br>**Haynes and Boone LLP**<br>2033 Gateway Place Suite 400<br>San Jose, CA 95110<br>Telephone: (408) 393-9250<br>Facsimile: (408) 392-9262<br>Email: inchan.kwon@haynesboone.com<br><br>*Counsel for Defendant Donald L. Murray* | |

1

| **Plaintiffs** | |
|---|---|
| Charles E. Tompkins<br>Todd S. Heyman<br>**Shapiro Haber & Urmy LLP**<br>53 State Street<br>Boston, MA 02109<br>Telephone: (617) 439-3939<br>Facsimile: (617) 439-0134<br>E-mail: ctompkins@shulaw.com<br>E-mail: theyman@shulaw.com<br><br>*Vice-Chair of Executive Committee for Plaintiffs* | J. Burton LeBlanc, IV<br>Bruce W. Steckler<br>Melissa K. Hutts<br>Mazin A. Sbaiti<br>**Baron & Budd, P.C.**<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX  75219<br>Telephone: (214) 521-3605<br>Facsimile: (214) 520-1181<br>E-mail: bleblanc@baronbudd.com<br>E-mail: bsteckler@baronbudd.com<br>E-mail: mhutts@baronbudd.com<br>E-mail: msbaiti@baronbudd.com<br><br>*Counsel for Plaintiffs Board of Trustees of the Galveston Wharves, Board of Commissioners of the Port of New Orleans and OSG Lightering LLC* |
| Randall B. Weill<br>**Preti, Flaherty, Beliveau, & Pachios, LLP**<br>One City Center<br>P. O. Box 9546<br>Portland, ME 04112-9546<br>Telephone: (207) 791-3000<br>Facsimile: (207) 791-3111<br>Email: ghansel@preti.com<br>Email: rweill@preti.com<br><br>M. Stephen Dampier<br>**Law Office of M. Stephen Dampier, P.C.**<br>55 North Section Street<br>P.O. Box 161<br>Fairhope, AL 36533<br>Telephone: (251) 929-0900<br>Facsimile: (251) 929-0800<br>Email: stevedampier@dampierlaw.com<br><br>*Counsel for Plaintiffs* | Brian Phillip Murray<br>Lee Albert<br>**Murray Frank & Sailer LLP**<br>275 Madison Avenue Suite 801<br>New York, NY 10016-1101<br>Telephone: (212) 682-1818<br>Facsimile: (212) 682-1892<br>Email: bmurray@murrayfrank.com<br>Email: lalbert@murrayfrank.com<br><br>Eugene A Spector<br>Jeffrey L Spector<br>William G Caldes<br>**Spector Roseman Kodroff & Willis PC**<br>1818 Market Street Suite 2500<br>Philadelphia, PA 19103<br>Telephone: (215) 496-0300<br>Facsimile: (215) 496-6611<br>Email: espector@srkw-law.com<br>Email: jspector@srkw-law.com<br>Email: Bcaldes@srkw-law.com<br><br>*Counsel for Plaintiffs Ace Marine Rigging & Supply, Inc.* |

2