Michael Goldberg (#188669)
mmgoldberg@glancylaw.com
Lionel Z. Glancy (#134180)
lglancy@glancylaw.com
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Gregory S. Asciolla (pro hac vice)
gasciolla@labaton.com
Hollis L. Salzman (pro hac vice)
hsalzman@labaton.com
William V. Reiss (pro hac vice)
wreiss@labaton.com
LABATON SUCHAROW LLP
140 Broadway
New York, New York  10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ACE MARINE RIGGING & SUPPLY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VIRGINIA HARBOR SERVICES, INC., ET AL.,<br><br>Defendants. | No. SACV11-00436-GW (FFMx)<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENTS WITH:  (1) VIRGINIA HARBOR SERVICES, INC., FENTEK MARINE SYSTEMS GMBH, ROBERT B. TAYLOR AND DONALD MURRAY; (2) MARINE FENDERS INTERNATIONAL AND GERALD THERMOS; (3) WATERMAN SUPPLY CO., INC. AND SEYMOUR WATERMAN; AND (4) MARITIME INTERNATIONAL, INC. AND JOHN DEATS**<br><br>**Date:  August 25, 2011**<br>**Time:  8:30 A.M.**<br>**Judge: The Honorable George Wu**<br>**Ctrm: 10** |

MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT AGREEMENTS

1  TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR
2  ATTORNEYS OF RECORD:
3  PLEASE TAKE NOTICE that on Thursday, August 25, 2011 at 8:30 a.m.,
4  or as soon thereafter as counsel may be heard, before the Honorable George H.
5  Wu, at the United States District Court for the Central District of California, 312
6  North Spring Street, Courtroom 10, Los Angeles, California, Plaintiff Ace Marine
7  Rigging & Supply, Inc. will move the Court, pursuant to Rule 23(e) of the Federal
8  Rules of Civil Procedure, for entry of an Order in the form attached as Exhibit E to
9  the memorandum in support of this Motion granting preliminary approval of the
10 proposed settlements in this litigation with:  (1) Virginia Harbor Services, Inc.,
11 Fentek Marine Systems GmbH, Robert B. Taylor and Donald Murray; (2) Marine
12 Fenders International and Gerald Thermos; (3) Waterman Supply Co., Inc. and
13 Seymour Waterman; and (4) Maritime International, Inc. and John Deats
14 (collectively, "Settling Defendants"), appointing the law firm of Labaton
15 Sucharow LLP, 140 Broadway, New York, NY 10005 as Settlement Class
16 Counsel for the proposed Settlement Classes; approving form of notice; appointing
17 Ace Marine Rigging & Supply, Inc. as representative of the Settlement Classes;
18 provisionally approving the Settlement Classes; and authorizing Settlement Class
19 Counsel to disseminate notice of the proposed settlements.
20 In support of this Motion, Plaintiff relies upon the accompanying
21 memorandum of law and exhibits thereto.  The Settling Defendants consent to this
22 Motion and to the entry of the proposed Order.
23 WHEREFORE, Plaintiff respectfully requests the Court to grant this Motion
24 and enter the attached form of Order.
25
26
27
28

MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT AGREEMENTS

| | | |
|---|---|---|
| 1 | Dated: July 26, 2011 | /s/ Michael Goldberg |
| 2 | | Michael Goldberg (#188669) |
| | | mmgoldberg@glancylaw.com |
| 3 | | Lionel Z. Glancy (#134180) |
| | | lglancy@glancylaw.com |
| 4 | | Glancy Binkow and Goldberg LLP |
| 5 | | 1801 Avenue of the Stars Suite 311 |
| | | Los Angeles, CA 90067 |
| 6 | | Telephone: (310) 201-9150 |
| | | Facsimile: (310) 201-9160 |
| 7 | | |
| 8 | | Gregory S. Asciolla |
| | | gasciolla@labaton.com |
| 9 | | Hollis L. Salzman |
| | | hsalzman@labaton.com |
| 10 | | William V. Reiss |
| 11 | | wreiss@labaton.com |
| | | LABATON SUCHAROW LLP |
| 12 | | 140 Broadway |
| | | New York, NY  10005 |
| 13 | | Telephone: (212) 907-0700 |
| | | Facsimile: (212) 818-0477 |
| 14 | | |
| 15 | | *Interim Class Counsel,* |
| | | *Chair of the Executive Committee and* |
| 16 | | *Counsel for Ace Marine Rigging &* |
| | | *Supply, Inc.* |
| 17 | | |
| 18 | | Lee Albert |
| | | lalbert@murrayfrank.com |
| 19 | | Benjamin D. Bianco |
| | | bbianco@murrayfrank.com |
| 20 | | MURRAY, FRANK & SAILER LLP |
| 21 | | 275 Madison Avenue |
| | | New York, New York 10016 |
| 22 | | |
| | | *Counsel for Ace Marine Rigging &* |
| 23 | | *Supply, Inc., Executive Committee* |
| | | *Member* |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT AGREEMENTS

2

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On July 26, 2011, I caused to be served the following document:

**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENTS WITH: (1) VIRGINIA HARBOR SERVICES, INC., FENTEK MARINE SYSTEMS GMBH, ROBERT B. TAYLOR AND DONALD MURRAY; (2) MARINE FENDERS INTERNATIONAL AND GERALD THERMOS; (3) WATERMAN SUPPLY CO., INC. AND SEYMOUR WATERMAN; AND (4) MARITIME INTERNATIONAL, INC. AND JOHN DEATS**

By posting these document to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the following parties:

**See Attached Service List.**

And by US mail to all known non-ECF registered parties.

**See Attached Service List.**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 26, 2011, at Los Angeles, California.

*s/ Michael Goldberg*
Michael Goldberg

## Mailing Information for a Case 8:11-cv-00436-GW -FFM

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Gregory S Asciolla**
  gasciolla@labaton.com

- **Peter A Binkow**
  pbinkow@glancylaw.com

- **Maxwell M Blecher**
  mblecher@blechercollins.com

- **Jennifer Sabrina Elkayam**
  jelkayam@blechercollins.com,mblecher@blechercollins.com

- **Kevin Elliot Gaut**
  keg@msk.com,jda@msk.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Michael Marc Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,asohrn@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com,lglancy@glancylaw.com

- **Gregory P Hansel**
  ghansel@preti.com

- **Dean Hansell**
  dhansell@dl.com,linda.chow-fortune@dl.com,eserrano@dl.com,msanchez@dl.com,rhenry@dl.com,courtalert@dl.com

- **Bety Javidzad**
  bety.javidzad@hoganlovells.com,LA-Docketing@hoganlovells.com

- **Nathan Meyer**
  nmeyer@raklaw.com,ksanderlin@raklaw.com

- **William V Reiss**
  wreiss@labaton.com,electroniccasefiling@labaton.com

- **Larry C Russ**
  lruss@raklaw.com,tvogt@raklaw.com,lcdiaz@raklaw.com

- **Hollis L Salzman**
  hsalzman@labaton.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

*Ace Marine Rigging and Supply Inc. v. Virginia Harbor Services Inc., et al.*
**Case No. 8:11-cv-00436-GW -FFM**

## SERVICE LIST

| **Defendants** | |
|---|---|
| Phillip C. Zane<br>James C. Sandberg, II<br>**Baker, Donelson, Bearman, Caldwell & Berkowitz, PC**<br>920 Massachusetts Avenue, NW, Suite 900<br>Washington, DC   20001<br>Telephone: (202) 508-3490<br>Facsimile: (202) 220-2290<br>E-mail:  pzane@bakerdonelson.com<br>E-mail: jcsandberg@bakerdonelson.com<br><br>*Counsel for Defendant Robert B. Taylor* | Roxann Henry<br>**Dewey & Leboeuf LLP**<br>1101 New York Avenue, NW<br>Washington, DC 20005<br>Telephone: (213) 621-6031<br>Facsimile: (213) 621-6100<br>Email: rhenry@dl.com<br><br>*Counsel for Defendants Virginia Harbor Services, Inc. & Fentek Marine Systems GmbH* |
| Sally Ann Hostetler<br>**Odin Feldman Pittleman PC**<br>9302 Lee Highway, Suite 1100<br>Fairfax, VA 22031-1214<br>Telephone: (703) 218-2100<br>Facsimile: (703) 218-2160<br>E-mail: Sally.Hostetler@ofplaw.com<br><br>*Counsel for Defendants Frank March, SII, Inc. and SHI, Inc.* | William L. Monts, III<br>**Hogan Lovells US LLP**<br>555 Thirteenth Street, NW<br>Washington, DC  20004<br>Telephone: (202) 637-6440<br>Facsimile: (202) 637-5910<br>E-mail: william.monts@hoganlovells.com<br><br>*Counsel for  Defendants Maritime International, Inc. and John R. Deats II* |
| James R. Wade<br>**Haynes & Boone**<br>1615 L Street, NW<br>Suite 800<br>Washington, DC 20036-5610<br>Telephone: (202) 654-4543<br>Facsimile: (202) 654-4273<br>E-mail: jim.wade@haynesboone.com<br><br>Inchan Andrew Kwon<br>**Haynes and Boone LLP**<br>2033 Gateway Place Suite 400<br>San Jose, CA 95110<br>Telephone: (408) 393-9250<br>Facsimile: (408) 392-9262<br>Email: inchan.kwon@haynesboone.com<br><br>*Counsel for Defendant Donald L. Murray* | |

1

| **Plaintiffs** | |
|---|---|
| Charles E. Tompkins<br>Todd S. Heyman<br>**Shapiro Haber & Urmy LLP**<br>53 State Street<br>Boston, MA 02109<br>Telephone: (617) 439-3939<br>Facsimile: (617) 439-0134<br>E-mail: ctompkins@shulaw.com<br>E-mail: theyman@shulaw.com<br><br>*Vice-Chair of Executive Committee for Plaintiffs* | J. Burton LeBlanc, IV<br>Bruce W. Steckler<br>Melissa K. Hutts<br>Mazin A. Sbaiti<br>**Baron & Budd, P.C.**<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX  75219<br>Telephone: (214) 521-3605<br>Facsimile: (214) 520-1181<br>E-mail: bleblanc@baronbudd.com<br>E-mail: bsteckler@baronbudd.com<br>E-mail: mhutts@baronbudd.com<br>E-mail: msbaiti@baronbudd.com<br><br>*Counsel for Plaintiffs Board of Trustees of the Galveston Wharves, Board of Commissioners of the Port of New Orleans and OSG Lightering LLC* |
| Randall B. Weill<br>**Preti, Flaherty, Beliveau, & Pachios, LLP**<br>One City Center<br>P. O. Box 9546<br>Portland, ME 04112-9546<br>Telephone: (207) 791-3000<br>Facsimile: (207) 791-3111<br>Email: ghansel@preti.com<br>Email: rweill@preti.com<br><br>M. Stephen Dampier<br>**Law Office of M. Stephen Dampier, P.C.**<br>55 North Section Street<br>P.O. Box 161<br>Fairhope, AL 36533<br>Telephone: (251) 929-0900<br>Facsimile: (251) 929-0800<br>Email: stevedampier@dampierlaw.com<br><br>*Counsel for Plaintiffs* | Brian Phillip Murray<br>Lee Albert<br>**Murray Frank & Sailer LLP**<br>275 Madison Avenue Suite 801<br>New York, NY 10016-1101<br>Telephone: (212) 682-1818<br>Facsimile: (212) 682-1892<br>Email: bmurray@murrayfrank.com<br>Email: lalbert@murrayfrank.com<br><br>Eugene A Spector<br>Jeffrey L Spector<br>William G Caldes<br>**Spector Roseman Kodroff & Willis PC**<br>1818 Market Street Suite 2500<br>Philadelphia, PA 19103<br>Telephone: (215) 496-0300<br>Facsimile: (215) 496-6611<br>Email: espector@srkw-law.com<br>Email: jspector@srkw-law.com<br>Email: Bcaldes@srkw-law.com<br><br>*Counsel for Plaintiffs Ace Marine Rigging & Supply, Inc.* |

2