1 | Michael Goldberg (#188669)
mmgoldberg@glancylaw.com
2 | Lionel Z. Glancy (#134180)
lglancy@glancylaw.com
3 | GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
4 | Los Angeles, California 90067
Telephone: (310) 201-9150
5 | Facsimile: (310) 201-9160

6 | Gregory S. Asciolla (pro hac vice)
gasciolla@labaton.com
7 | Hollis L. Salzman (pro hac vice)
hsalzman@labaton.com
8 | William V. Reiss (pro hac vice)
wreiss@labaton.com
9 | LABATON SUCHAROW LLP
140 Broadway
10 | New York, New York  10005
Telephone:  (212) 907-0700
11 | Facsimile:  (212) 818-0477

12 |

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACE MARINE RIGGING & SUPPLY, INC., | No. SACV11-00436-GW(FFMx) |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXCEED THE PAGE LIMITATION** |
| v. | |
| VIRGINIA HARBOR SERVICES, INC., ET AL., | **Date:  August 25, 2011** |
| Defendants. | **Time:  8:30 A.M.** |
| | **Judge: The Honorable George Wu** |
| | **Ctrm:  10** |

[PROPOSED] ORDER GRANTING PLAINTIFF'S
UNOPPOSED MOTION TO EXCEED THE PAGE LIMITATION

1    Pursuant to Plaintiff's Unopposed Motion to Exceed the Page Limitation,

2  and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED

3  that Plaintiff Ace Marine Rigging & Supply, Inc.'s Memorandum in Support of

4  Plaintiff's Motion for Preliminary Approval of Settlement Agreements With:  (1)

5  Virginia Harbor Services, Inc., Fentek Marine Systems GmbH, Robert B. Taylor

6  and Donald Murray; (2) Marine Fenders International and Gerald Thermos; (3)

7  Waterman Supply Co., Inc. and Seymour Waterman; and (4) Maritime

8  International, Inc. and John Deats may exceed the 25-page limitation by ten pages.

9

10    DONE AND ORDERED in Chambers in Los Angeles, California this 1st

11  day of August, 2011.

12

13

14  _____

15  THE HONORABLE GEORGE H. WU
    UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28
    [PROPOSED] ORDER GRANTING PLAINTIFF'S
    UNOPPOSED MOTION TO EXCEED THE PAGE LIMITATION