Gregory S. Asciolla (pro hac vice)
gasciolla@labaton.com
Hollis L. Salzman (pro hac vice)
hsalzman@labaton.com
William V. Reiss (pro hac vice)
wreiss@labaton.com
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Interim Class Counsel,
Chair of the Executive Committee*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACE MARINE RIGGING & SUPPLY, INC., | No. SACV 11-00436-GW(FFMx) |
| Plaintiff, | |
| v. | ORDER STAYING LITIGATION PENDING FINAL APPROVAL OF SETTLEMENTS |
| VIRGINIA HARBOR SERVICES, INC., ET AL., | |
| Defendants. | |

[PROPOSED] ORDER STAYING LITIGATION PENDING FINAL APPROVAL OF SETTLEMENTS

1 | Having read and considered the Joint Stipulation to Stay Litigation Pending Final Approval of Settlements between Defendants SII, Inc., SHI, Inc. and Frank March (collectively, "Seaward") and Urethane Products Corporation (together with Seaward, "Settling Defendants") and Plaintiff class representative Board of Commissioners of the Port of New Orleans, individually and on behalf of the Class ("Plaintiff") (together with Settling Defendant, the "Parties"), and finding good cause, the Court orders as follows:

Pursuant to the stipulation of the Parties, IT IS HEREBY ORDERED that all deadlines in the above-captioned action now in effect shall be stayed pending final approval of the settlements entered into between the Parties.

**IT IS SO ORDERED.**

Dated: March 8, 2012          BY: _____

Hon. George H. Wu
United States District Judge

[PROPOSED] ORDER STAYING LITIGATION PENDING FINAL APPROVAL OF SETTLEMENTS