1  Michael Goldberg (#188669)
   mmgoldberg@glancylaw.com
2  Lionel Z. Glancy (#134180)
   lglancy@glancylaw.com
3  GLANCY BINKOW & GOLDBERG LLP
   1925 Century Park East, Suite 2100
4  Los Angeles, CA 90067
   Telephone: (310) 201-9150
5  Facsimile: (310) 201-9160

6  Gregory S. Asciolla (pro hac vice)
   gasciolla@labaton.com
7  Hollis L. Salzman (pro hac vice)
   hsalzman@labaton.com
8  William V. Reiss (pro hac vice)
   wreiss@labaton.com
9  LABATON SUCHAROW LLP
   140 Broadway
10 New York, NY 10005
   Telephone: (212) 907-0700
11 Facsimile: (212) 818-0477

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ACE MARINE RIGGING & SUPPLY, INC., <br><br> Plaintiff, <br><br> v. <br><br> VIRGINIA HARBOR SERVICES, INC., ET AL., <br><br> Defendants. | No. SACV11-00436-GW (FFMx) <br><br> **NOTICE OF PLAINTIFF'S UNOPPOSED MOTION AND MOTION TO EXCEED THE PAGE LIMITATION** <br><br> **Date: May 3, 2012** <br> **Time: 8:30 A.M.** <br> **Judge: The Honorable George Wu** <br> **Ctrm: 10** |

NOTICE OF PLAINTIFF'S UNOPPOSED MOTION AND
MOTION TO EXCEED THE PAGE LIMITATION

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Thursday, May 3, 2012 at 8:30 a.m., or as soon thereafter as counsel may be heard, before the Honorable George H. Wu, at the United States District Court for the Central District of California, 312 North Spring Street, Courtroom 10, Los Angeles, California, Plaintiff Ace Marine Rigging & Supply, Inc. will move the Court, pursuant to Local Rule 11-6, to grant leave to exceed the 25-page limitation in Plaintiff's Motion for Preliminary Approval of Proposed Settlement Agreements With: (1) SII, Inc., SHI, Inc, and Frank March; and (2) Urethane Products Corporation by six pages.

This Motion is based upon this Notice of Unopposed Motion and Motion, the supporting Memorandum of Points and Authorities, pleadings and papers filed herein, and unless this Court deems oral argument and hearing unnecessary, oral argument of counsel and any matter that may be properly submitted at the hearing.

Dated: March 21, 2012

GLANCY BINKOW & GOLDBERG LLP

By: *s/ Michael Goldberg*
Michael Goldberg (#188669)
mmgoldberg@glancylaw.com
Lionel Z. Glancy (#134180)
lglancy@glancylaw.com
GLANCY BINKOW & GOLDBERG LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

1 | Gregory S. Asciolla
gasciolla@labaton.com
2 | Hollis L. Salzman
hsalzman@labaton.com
3 | William V. Reiss
wreiss@labaton.com
4 | LABATON SUCHAROW LLP
140 Broadway
5 | New York, NY 10005
Telephone: (212) 907-0700
6 | Facsimile: (212) 818-0477

7 | *Interim Class Counsel, Chair of the Executive Committee and Counsel for Ace Marine Rigging & Supply, Inc.*

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On March 21, 2012, I caused to be served the following documents:

**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION AND MOTION TO EXCEED THE PAGE LIMITATION**

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXCEED THE PAGE LIMITATION**

By posting the documents to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the following parties:

**See Attached Service List.**

And by Electronic Mail to all known non-ECF registered parties.

**See Attached Service List.**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 21, 2012, at Los Angeles, California.

*s/ Michael Goldberg*
Michael Goldberg

# Mailing Information for a Case 8:11-cv-00436-GW -FFM

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Gregory S Asciolla**
  gasciolla@labaton.com

- **Peter A Binkow**
  pbinkow@glancylaw.com

- **Maxwell M Blecher**
  mblecher@blechercollins.com,jgonzalez@blechercollins.com,jludwig@blechercollins.com,kpeters@blechercollins.com,jarbucci@blechercollins.com

- **Rachel M Brown**
  rbrown@shulaw.com

- **Jennifer Sabrina Elkayam**
  jelkayam@blechercollins.com,mblecher@blechercollins.com

- **Andrew A Esbenshade**
  esbenshade@caldwell-leslie.com,carpenter@caldwell-leslie.com,wilson@caldwell-leslie.com

- **Kevin Elliot Gaut**
  keg@msk.com,Kelly.McLaughlin@ofplaw.com,jda@msk.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,info@glancylaw.com

- **Gregory P Hansel**
  ghansel@preti.com

- **Dean Hansell**
  dhansell@dl.com,linda.chow-fortune@dl.com,eserrano@dl.com,msanchez@dl.com,rhenry@dl.com,courtalert@dl.com

- **Sally Ann Hostetler**
  sally.hostetler@ofplaw.com

- **Bety Javidzad**
  bety.javidzad@hoganlovells.com,LA-Docketing@hoganlovells.com

- **Nathan Meyer**
  nmeyer@raklaw.com,ksanderlin@raklaw.com

- **William L Monts , III**
  william.monts@hoganlovells.com

- **William V Reiss**
  wreiss@labaton.com,electroniccasefiling@labaton.com

- **Larry C Russ**
  lruss@raklaw.com,lcdiaz@raklaw.com

- **Hollis L Salzman**
  hsalzman@labaton.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`


*Ace Marine Rigging and Supply Inc. v. Virginia Harbor Services Inc., et al.*
**Case No. 8:11-cv-00436-GW -FFM**

**SERVICE LIST**

| **Defendants** | |
|---|---|
| Phillip C. Zane<br>James C. Sandberg, II<br>**Baker, Donelson, Bearman, Caldwell & Berkowitz, PC**<br>920 Massachusetts Avenue, NW, Suite 900<br>Washington, DC   20001<br>Telephone: (202) 508-3490<br>Facsimile: (202) 220-2290<br>E-mail:  pzane@bakerdonelson.com<br>E-mail: jcsandberg@bakerdonelson.com<br><br>*Counsel for Defendant Robert B. Taylor* | Roxann Henry<br>**Dewey & Leboeuf LLP**<br>1101 New York Avenue, NW<br>Washington, DC 20005<br>Telephone: (213) 621-6031<br>Facsimile: (213) 621-6100<br>Email: rhenry@dl.com<br><br>*Counsel for Defendants Virginia Harbor Services, Inc. & Fentek Marine Systems GmbH* |
| James R. Wade<br>**Haynes & Boone**<br>1615 L Street, NW<br>Suite 800<br>Washington, DC 20036-5610<br>Telephone: (202) 654-4543<br>Facsimile: (202) 654-4273<br>E-mail: jim.wade@haynesboone.com<br><br>Inchan Andrew Kwon<br>**Haynes and Boone LLP**<br>2033 Gateway Place Suite 400<br>San Jose, CA 95110<br>Telephone: (408) 393-9250<br>Facsimile: (408) 392-9262<br>Email: inchan.kwon@haynesboone.com<br><br>*Counsel for Defendant Donald L. Murray* | |

1

| **Plaintiffs** | |
|---|---|
| Charles E. Tompkins<br>Todd S. Heyman<br>**Shapiro Haber & Urmy LLP**<br>53 State Street<br>Boston, MA 02109<br>Telephone: (617) 439-3939<br>Facsimile: (617) 439-0134<br>E-mail: ctompkins@shulaw.com<br>E-mail: theyman@shulaw.com<br><br>*Vice-Chair of Executive Committee for Plaintiffs* | J. Burton LeBlanc, IV<br>Bruce W. Steckler<br>Melissa K. Hutts<br>Mazin A. Sbaiti<br>**Baron & Budd, P.C.**<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX  75219<br>Telephone: (214) 521-3605<br>Facsimile: (214) 520-1181<br>E-mail: bleblanc@baronbudd.com<br>E-mail: bsteckler@baronbudd.com<br>E-mail: mhutts@baronbudd.com<br>E-mail: msbaiti@baronbudd.com<br><br>*Counsel for Plaintiffs Board of Trustees of the Galveston Wharves, Board of Commissioners of the Port of New Orleans and OSG Lightering LLC* |
| Randall B. Weill<br>**Preti, Flaherty, Beliveau, & Pachios, LLP**<br>One City Center<br>P. O. Box 9546<br>Portland, ME 04112-9546<br>Telephone: (207) 791-3000<br>Facsimile: (207) 791-3111<br>Email: ghansel@preti.com<br>Email: rweill@preti.com<br><br>M. Stephen Dampier<br>**Law Office of M. Stephen Dampier, P.C.**<br>55 North Section Street<br>P.O. Box 161<br>Fairhope, AL 36533<br>Telephone: (251) 929-0900<br>Facsimile: (251) 929-0800<br>Email: stevedampier@dampierlaw.com<br><br>*Counsel for Plaintiffs* | Brian Phillip Murray<br>Lee Albert<br>**Murray Frank & Sailer LLP**<br>275 Madison Avenue Suite 801<br>New York, NY 10016-1101<br>Telephone: (212) 682-1818<br>Facsimile: (212) 682-1892<br>Email: bmurray@murrayfrank.com<br>Email: lalbert@murrayfrank.com<br><br>Eugene A Spector<br>Jeffrey L Spector<br>William G Caldes<br>**Spector Roseman Kodroff & Willis PC**<br>1818 Market Street Suite 2500<br>Philadelphia, PA 19103<br>Telephone: (215) 496-0300<br>Facsimile: (215) 496-6611<br>Email: espector@srkw-law.com<br>Email: jspector@srkw-law.com<br>Email: Bcaldes@srkw-law.com<br><br>*Counsel for Plaintiffs Ace Marine Rigging & Supply, Inc.* |

2