Michael Goldberg (#188669)
mmgoldberg@glancylaw.com
Lionel Z. Glancy (#134180)
lglancy@glancylaw.com
GLANCY BINKOW & GOLDBERG LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Gregory S. Asciolla (pro hac vice)
gasciolla@labaton.com
Hollis L. Salzman (pro hac vice)
hsalzman@labaton.com
William V. Reiss (pro hac vice)
wreiss@labaton.com
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ACE MARINE RIGGING & SUPPLY, INC., <br><br> Plaintiff, <br><br> v. <br><br> VIRGINIA HARBOR SERVICES, INC., ET AL., <br><br> Defendants. | No. SACV11-00436-GW (FFMx) <br><br> **NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES** <br><br> Date: September 24, 2012 <br> Time: 8:30 A.M. <br> Judge: The Honorable George Wu <br> Ctrm: 10 |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Monday, September 24, 2012 at 8:30 a.m., or as soon thereafter as Settlement Class Counsel may be heard, before the Honorable George H. Wu, United States District Judge, at the United States District Court for the Central District of California 90012, 312 North Spring Street, Courtroom 10, Los Angeles, California, Settlement Class Counsel hereby move the Court for an award of attorneys' fees and reimbursement of litigation expenses incurred. This Motion is brought pursuant to Fed. R. Civ. P. 23(h) and 54(d)(2).

This Motion is made on the grounds that (a) such fees are fair and reasonable in light of Class Counsel's effort in litigating the Action and creating the Settlement Fund; (b) the requested fees comport with Ninth Circuit case law in common fund cases; and (c) the expenses for which reimbursement is sought were reasonably and necessarily incurred in connection with the prosecution of this Action.

In support of this Motion, Settlement Class Counsel rely upon the accompanying memorandum of law and declarations in support thereof, and based upon all matters of record including the pleadings and papers filed in this action and oral argument given at the hearing in this matter.

WHEREFORE, Settlement Class Counsel respectfully request the Court to grant this Motion and enter the attached form of Order.

Dated: August 3, 2012

/s/ Michael Goldberg
Michael Goldberg (#188669)
mmgoldberg@glancylaw.com
Lionel Z. Glancy (#134180)
lglancy@glancylaw.com
Glancy Binkow and Goldberg LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

|   |   |
|---|---|
| 1 | Gregory S. Asciolla |
| 2 | gasciolla@labaton.com |
|   | Hollis L. Salzman |
| 3 | hsalzman@labaton.com |
|   | William V. Reiss |
| 4 | wreiss@labaton.com |
|   | LABATON SUCHAROW LLP |
| 5 | 140 Broadway |
|   | New York, NY  10005 |
| 6 | Telephone: (212) 907-0700 |
|   | Facsimile: (212) 818-0477 |
| 7 |   |
|   | *Interim Class Counsel, Chair of the* |
| 8 | *Executive Committee and Settlement* |
|   | *Class Counsel* |

# PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On August 3, 2012, I caused to be served the following documents:

**NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

**[PROPOSED] ORDER GRANTING MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

By posting the documents to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the following parties:

**See Attached Service List.**

And by Electronic Mail to all known non-ECF registered parties.

**See Attached Service List.**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 3, 2012, at Los Angeles, California.

*s/ Michael Goldberg*
Michael Goldberg

# Mailing Information for a Case 8:11-cv-00436-GW -FFM

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Gregory S Asciolla**
  gasciolla@labaton.com

- **Peter A Binkow**
  pbinkow@glancylaw.com

- **Maxwell M Blecher**
  mblecher@blechercollins.com,jludwig@blechercollins.com,kpeters@blechercollins.com,jarbucci@blechercollins.com

- **Rachel M Brown**
  rbrown@shulaw.com

- **Jennifer Sabrina Elkayam**
  jelkayam@blechercollins.com,mblecher@blechercollins.com

- **Andrew A Esbenshade**
  esbenshade@caldwell-leslie.com,carpenter@caldwell-leslie.com,wilson@caldwell-leslie.com

- **Kevin Elliot Gaut**
  keg@msk.com,Kelly.McLaughlin@ofplaw.com,jda@msk.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,info@glancylaw.com

- **Gregory P Hansel**
  ghansel@preti.com

- **Dean Hansell**
  dean.hansell@hoganlovells.com,mae.chester@hoganlovells.com,la-docketing@hoganlovells.com

- **Sally Ann Hostetler**
  sally.hostetler@ofplaw.com

- **Bety Javidzad**
  bety.javidzad@hoganlovells.com,LA-Docketing@hoganlovells.com

- **Nathan Meyer**
  nmeyer@raklaw.com,ksanderlin@raklaw.com

- **William L Monts , III**
  william.monts@hoganlovells.com

- **William V Reiss**
  wreiss@labaton.com,electroniccasefiling@labaton.com

- **Larry C Russ**
  lruss@raklaw.com,lcdiaz@raklaw.com

- **Hollis L Salzman**
  hsalzman@labaton.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

*Ace Marine Rigging and Supply Inc. v. Virginia Harbor Services Inc., et al.*
Case No. 8:11-cv-00436-GW -FFM

**SERVICE LIST**

| **Defendants** | |
|---|---|
| Phillip C. Zane<br>James C. Sandberg, II<br>**Baker, Donelson, Bearman, Caldwell & Berkowitz, PC**<br>920 Massachusetts Avenue, NW, Suite 900<br>Washington, DC   20001<br>Telephone: (202) 508-3490<br>Facsimile: (202) 220-2290<br>E-mail:  pzane@bakerdonelson.com<br>E-mail: jcsandberg@bakerdonelson.com<br><br>*Counsel for Defendant Robert B. Taylor* | Roxann Henry<br>**Dewey & Leboeuf LLP**<br>1101 New York Avenue, NW<br>Washington, DC 20005<br>Telephone: (213) 621-6031<br>Facsimile: (213) 621-6100<br>Email: rhenry@dl.com<br><br>*Counsel for Defendants Virginia Harbor Services, Inc. & Fentek Marine Systems GmbH* |
| James R. Wade<br>**Haynes & Boone**<br>1615 L Street, NW<br>Suite 800<br>Washington, DC 20036-5610<br>Telephone: (202) 654-4543<br>Facsimile: (202) 654-4273<br>E-mail: jim.wade@haynesboone.com<br><br>Inchan Andrew Kwon<br>**Haynes and Boone LLP**<br>2033 Gateway Place Suite 400<br>San Jose, CA 95110<br>Telephone: (408) 393-9250<br>Facsimile: (408) 392-9262<br>Email: inchan.kwon@haynesboone.com<br><br>*Counsel for Defendant Donald L. Murray* | |

1

| **Plaintiffs** | |
|---|---|
| Charles E. Tompkins<br>Todd S. Heyman<br>**Shapiro Haber & Urmy LLP**<br>53 State Street<br>Boston, MA 02109<br>Telephone: (617) 439-3939<br>Facsimile: (617) 439-0134<br>E-mail: ctompkins@shulaw.com<br>E-mail: theyman@shulaw.com<br><br>*Vice-Chair of Executive Committee for Plaintiffs* | J. Burton LeBlanc, IV<br>Bruce W. Steckler<br>Melissa K. Hutts<br>Mazin A. Sbaiti<br>**Baron & Budd, P.C.**<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219<br>Telephone: (214) 521-3605<br>Facsimile: (214) 520-1181<br>E-mail: bleblanc@baronbudd.com<br>E-mail: bsteckler@baronbudd.com<br>E-mail: mhutts@baronbudd.com<br>E-mail: msbaiti@baronbudd.com<br><br>*Counsel for Plaintiffs Board of Trustees of the Galveston Wharves, Board of Commissioners of the Port of New Orleans and OSG Lightering LLC* |
| Randall B. Weill<br>**Preti, Flaherty, Beliveau, & Pachios, LLP**<br>One City Center<br>P. O. Box 9546<br>Portland, ME 04112-9546<br>Telephone: (207) 791-3000<br>Facsimile: (207) 791-3111<br>Email: ghansel@preti.com<br>Email: rweill@preti.com<br><br>M. Stephen Dampier<br>**Law Office of M. Stephen Dampier, P.C.**<br>55 North Section Street<br>P.O. Box 161<br>Fairhope, AL 36533<br>Telephone: (251) 929-0900<br>Facsimile: (251) 929-0800<br>Email: stevedampier@dampierlaw.com<br><br>*Counsel for Plaintiffs* | Brian Phillip Murray<br>Lee Albert<br>**Murray Frank & Sailer LLP**<br>275 Madison Avenue Suite 801<br>New York, NY 10016-1101<br>Telephone: (212) 682-1818<br>Facsimile: (212) 682-1892<br>Email: bmurray@murrayfrank.com<br>Email: lalbert@murrayfrank.com<br><br>Eugene A Spector<br>Jeffrey L Spector<br>William G Caldes<br>**Spector Roseman Kodroff & Willis PC**<br>1818 Market Street Suite 2500<br>Philadelphia, PA 19103<br>Telephone: (215) 496-0300<br>Facsimile: (215) 496-6611<br>Email: espector@srkw-law.com<br>Email: jspector@srkw-law.com<br>Email: Bcaldes@srkw-law.com<br><br>*Counsel for Plaintiffs Ace Marine Rigging & Supply, Inc.* |

2